In the Matter of William D. WIL-MOTH Petition for Reinstatement from Inactive Status

No. 107 DB 2002, 45600.

Supreme Court of Pennsylvania.

Nov. 21, 2002.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of November, 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated October 29, 2002, are approved and IT IS ORDERED that WILLIAM D. WILMOTH, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

In the Matter of Marlene Evelyn JOSEPH.

Petition for Reinstatement.

No. 961 Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

Dec. 9, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 9th day of December, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated September 11, 2002, and the Petition for Review, the Petition for Reinstatement is denied. Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

In the Matter of Robert Thomas GIBSON.

No. 777 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 9, 2002.

*ORDER*

PER CURIAM:

AND NOW, this 9th day of December, 2002, a Rule having been entered by this Court on September 26, 2002, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Robert Thomas Gibson to show cause why he should not be placed on temporary suspension, upon consideration of the responses filed, it is hereby

ORDERED that the Rule is made absolute; Robert Thomas Gibson is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the

Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.